# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## COLUMBUS DIVISION

| | |
|---|---|
| PROGRESSIVE HEALTH AND REHAB CORP., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>STRATEGY ANESTHESIA, LLC, a Maryland limited liability company, and JOHN DOES 1-5,<br><br>Defendants. | Civil Action No. 2: 16-cv-1151<br><br>**CLASS ACTION** |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff in this action, Progressive Health and Rehab Corp., and Defendant, Strategy Anesthesia, LLC, by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice as to the individual claims of Progressive Health and Rehab Corp. only, without prejudice as to the members of the putative class, each side to bear its own costs.

| **Plaintiff, PROGRESSIVE HEALTH AND REHAB CORP.:** | **Defendant, STRATEGY ANESTHESIA, LLC** |
|---|---|
| By: /s/ Robert E. DeRose<br>Robert E. DeRose – Ohio Bar #005214<br>BARKAN MEIZLISH HANDELMAN GOODIN DEROSE WENTZ, LLP<br>250 E. Broad St., 10th Floor<br>Columbus, Ohio 43215<br>Telephone: 614-221-4221<br>Fax: 614-744-2300 | By: /s/Aaron T. Brogdon (with permission)<br>Aaron T. Brogdon (0081858), Trial Attorney<br>E. Kelly Mihocik (0077745)<br>SQUIRE PATTON BOGGS (US) LLP<br>2000 Huntington Center<br>41 South High Street<br>Columbus, Ohio 43215<br>Telephone: 614-365-2700 |

bderose@barkanmeizlish.com

Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, Illinois  60008
Telephone:  847-368-1500
Facsimile:  847-368-1501
Email: rkelly@andersonwanca.com

Aaron.brogdon@squirepb.com
Kelly.mihocik@squirepb.com

Lauren R. Myers
DOERNER, SAUNDERS, DANIEL &
ANDERSON, L.L.P.
Two West Second Street, Suite 700
Tulsa, Oklahoma 74103-3117
Telephone:  918-591-5293
Facsimile:  918-925-5293
lmyers@dsda.com

## CERTIFICATE OF SERVICE

    I hereby certify that on June 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                       *s/ Robert E. DeRose*
                                       Robert E. DeRose